**Robert S. Bonney, Jr., Esq. (RB-7594)**
**Lomurro, Davison, Eastman & Munoz, P.A.**
100 Willow Brook Road
Freehold, NJ 07728
732-462-7170
Attorneys for defendant

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04- 00355-01 (FSH) |
| ) | |
| Plaintiff, ) | **ORDER FOR EARLY** |
| ) | **TERMINATION OF PROBATION** |
| v. ) | |
| ) | |
| HIREN GANDHI, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having been opened to the Court upon application of Lomurro, Davison, Eastman & Munoz, P.A., attorneys for Defendant, Hiren Gandhi, and the Court having considered the moving papers, the Affidavit of Robert S. Bonney, Jr. submitted in support of the motion and the responsive papers, if any, of the United States, Assistant U.S. Attorney Joshua Drew, Esq. appearing, and the Court having considered the factors set forth in 18 U.S.C. § 3553(a) and being satisfied that the relief sought is warranted by the conduct of the defendant and in the interest of justice, and good cause having been shown;

IT IS on this 25th day of ~~April,~~ March 2008

ORDERED, pursuant to 18 U.S.C. § 3564(c) and Rule 32.1 of the Federal Rules of Criminal Procedure, that the five (5) year probationary term originally imposed upon the defendant, Hiren

Gandhi, at his sentencing on May 5, 2005 and set forth in his Judgment of Conviction dated May 9, 2005 be and is hereby terminated and the defendant discharged from probation.

_____
Hon. Faith S. Hochberg, U.S.D.J.

2